UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA CITY DIVISION

ZEBULUN MCCRIMAGER,

    Plaintiff,

v.                                             Case No.:  5:18cv85-TKW-MJF

SWAIN,

    Defendant.
    _____/

# **ORDER**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 43), Plaintiff's objections to the Report and Recommendation (Doc. 44), Plaintiff's motion for the court to rule (Doc. 45), and Plaintiff's motion for petition for writ of mandamus (Doc. 46).  Based on my de novo review of the Report and Recommendation and Plaintiff's objections, I agree with the magistrate judge that Plaintiff's complaint should be dismissed for failure to exhaust administrative remedies.  This determination renders Plaintiff's other pending motions moot.  Accordingy, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's motion to motion to dismiss (Doc. 34) is **GRANTED**, and Plaintiff's complaint (Doc. 1) is **DISMISSED** with prejudice.

3. Plaintiff's motion for the court to rule (Doc. 45) and motion for writ of mandamus (Doc. 46) are **DENIED** as moot.

4. The Clerk is directed to **CLOSE** this case file.

**DONE AND ORDERED** this 22nd day of July, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**